USCA1 Opinion

 

 December 29, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1830 EUGENE B. BOWLER, Plaintiff, Appellant, v. STATE OF MAINE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ Eugene B. Bowler on brief pro se. ________________ Michel E. Carpenter, Attorney General, Phyllis Gardiner, ______________________ _________________ Assistant Attorney General, and Thomas D. Warren, Deputy Attorney _________________ General, on brief for appellee. ____________________ ____________________ Per Curiam. For the reasons cited by the Magistrate __________ Judge in his Recommended Decision of May 26, 1992, and in accordance with the Supreme Court's intervening discussion in New York v. United States, 112 S. Ct. 2408, 2417-20 (1992) _________ _____________ (Tenth Amendment); id. at 2432-33 (Guarantee Clause), we ___ affirm the judgment of the district court. Affirmed. _________